**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NICOLETTE S. FOSTER,

    Plaintiff,

v.                                           Case No: 6:18-cv-1575-Orl-40GJK

REINA COSMETICS INC. and RIAD
ELKHATIB,

    Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. 17) filed on June 11, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 12, 2019 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. 17) is **GRANTED**.

3. Plaintiff's FLSA claim, Count V, is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 27, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties